UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Robert Allen Spurrell</u>

        v.                            Civil No. 11-cv-527-SM

<u>US Social Security Administration, Commissioner</u>


**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

      The exhibit 1, Notice of Appeals Council Action in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Exhibit 1, Notice of Appeals Council Action.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Exhibit 1, Notice of Appeals Council Action, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

                                          <u>/s/ Landya B. McCafferty</u>
                                          Landya B. McCafferty
                                          United States Magistrate Judge


Date:  November 16, 2011


cc:     Darlene M. Daniele, Esq.